[No. 24170-6-II.     Division Two.     November 19, 1999.]

JEFFREY S. FRAZIER, ET AL., *Respondents*, v. GUY LUND, ET
AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 94-2-01095-9, William E. Howard, J.,
entered November 25, 1998. *Affirmed* by unpublished
opinion per Houghton, J., concurred in by Morgan and
Hunt, JJ.